**People of the State of Illinois, Plaintiff-Appellee, v. Joseph R. Long, Defendant-Appellant.**

**Gen. No. 9,975.**

Third District.

February 18, 1955.

Released for publication March 7, 1955.

Sebo, for appellant; James P. Mourning, State's Attorney of Schuyler County, for appellee. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.